Howard J. Russell, Esq.
Nevada Bar No. 8879
hrussell@wwhgd.com
Stephanie J. Glantz, Esq.
Nevada Bar No. 14878
sglantz@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile:  (702) 938-3864

David J. Shaffer, Esq.
*Admitted Pro Hac Vice*
Kelley Brooks Simoneaux, Esq.
*Admitted Pro Hac Vice*
DAVID SHAFFER LAW, PLLC
1629 K Street NW, Suite #300
Washington, DC 20006
Telephone: 202.508.1490
David.Shaffer@davidshafferlaw.com
Kelley.Simoneaux@davidshafferlaw.com
*Attorneys for Plaintiff*
*Karen Veltri*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Karen Veltri,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Merrick B. Garland,<br><br>　　　　Defendant. | Case No.: 2:21-cv-01252-JAD-BNW<br><br>**SUBSTITUTION OF ATTORNEYS** |

Plaintiff **KAREN VELTRI**, hereby substitutes the law firm of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC as its counsel in the above-entitled action in the place and stead of the law firm of BAILEY KENNEDY.

DATED this 16 day of September, 2021.



**KAREN VELTRI**

Page 1 of 3

1  I HEREBY CONSENT to the substitution of the law firm of WEINBERG, WHEELER,
2  HUDGINS, GUNN & DIAL, LLC as counsel for Plaintiff **KAREN VELTRI** in the above entitled
3  action in our place and stead.

4  DATED this 16th day of September, 2021.

/s/ Joshua P. Gilmore
Joshua P. Gilmore, Esq.
Nevada Bar No. 11576
BAILEY KENNEDY
8984 Spanish Ridge Ave.
Las Vegas, Nevada 89148

9  I HEREBY AGREE to be substituted in the place and stead of the law firm of BAILEY
10 KENNEDY, in the above-entitled action as the attorneys of record for Plaintiff **KAREN**
11 **VELTRI**.

12  Dated this 16th day of September, 2021.

WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC

/s/ Stephanie J. Glantz
Howard J. Russell, Esq.
Stephanie J. Glantz, Esq.
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone:   (702) 938-3838
Facsimile:    (702) 938-3864

*Attorneys for Plaintiff*
*Karen Veltri*

### Order
**IT IS SO ORDERED**

**DATED:** 11:29 am, September 17, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2021, a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEYS** was served by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, to the following:

MERRICK B. GARLAND
Attorney General
United States of America
GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
KRISTINA L. MORRISON
Special Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Email: Kristina.Morrison@usdoj.gov
*Attorneys for Defendant*

/s/ Cynthia S. Bowman
An employee of WEINBERG, WHEELER, HUDGINS GUNN & DIAL, LLC