Howard J. Russell, Esq.
Nevada Bar No. 8879
*hrussell@wwhgd.com*
Stephanie J. Glantz, Esq.
Nevada Bar No. 14878
*sglantz@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile:   (702) 938-3864

David J. Shaffer, Esq.
*Admitted Pro Hac Vice*
Kelley Brooks Simoneaux, Esq.
*Admitted Pro Hac Vice*
DAVID SHAFFER LAW, PLLC
1629 K Street NW, Suite #300
Washington, DC 20006
Telephone: 202.508.1490
David.Shaffer@davidshafferlaw.com
Kelley.Simoneaux@davidshafferlaw.com

*Attorneys for Plaintiff
Karen Veltri*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Karen Veltri,<br><br>                    Plaintiff,<br><br>     vs.<br><br>Merrick B. Garland,<br><br>                    Defendant. | Case No.: 2:21-cv-01252-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 23 |

Plaintiff **KAREN VELTRI**, by and through her attorneys of record, the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and Defendant **MERRICK B. GARLAND**, by and through his attorneys of record, the United States Attorney General, hereby respectfully submit this Stipulation and Order for Extension of Time to Respond to Defendant's Partial Motion to Dismiss.

1  The parties hereto stipulate that Plaintiff **KAREN VELTRI** may have until October 12, 2021 to respond to Defendant's Partial Motion to Dismiss. The current deadline for any response is September 28, 2021.

The parties further stipulate that Defendant **MERRICK B. GARLAND** may have until October 26, 2021 to file his Reply in Support of Defendant's Partial Motion to Dismiss. The current deadline for any reply is October 5, 2021.

The extension of time is needed to accommodate the schedules of counsel and is not for purposes of delay.

The parties hereto waive no rights, claims, or defenses by this Stipulation.

**IT IS SO STIPULATED**.

Dated this 24th day of September, 2021.

*/s/ Stephanie J. Glantz*
Howard J. Russell, Esq.
Stephanie J. Glantz, Esq.
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC.
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV  89118

*Attorneys for Plaintiff
Karen Veltri*

Dated this 24th day of September, 2021.

*/s/ Kristina L. Morrison*
Merrick B. Garland, Esq.
Glenn B. McCormick, Esq.
Kristina L. Morrison, Esq.
United States Attorney General,
District of Arizona
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449

*Attorneys for Defendant*

**IT IS SO ORDERED**

_____
Jennifer A. Dorsey
United States District Judge

Dated: 9-28-21