# EXHIBIT A

**Veltri Signed Sworn Statement**

# EXHIBIT A

Las Vegas, Nevada

<u>SIGNED SWORN STATEMENT</u>

I, Karen Marie Veltri, Supervisory Special Agent, Las Vegas Field Office, Federal Bureau of Investigation (FBI), do hereby solemnly swear to the following:

I have been advised by Supervisory Special Agent (SSA) Nicole Sinegar, Office of Equal Employment Opportunity Affairs (OEEOA), FBI, she is investigating a complaint of employment discrimination (FBI-2020-00140) pursuant to Title 29 of the Code of Federal Regulations, Part 1614.

I understand I am the complainant in the matter and the issues accepted for investigation were:

Whether complainant was discriminated against and subjected to hostile work environment harassment, to include sexual harassment, based on sex (female) when, allegedly:

1) On January 10 and February 10 2020, an Assistant Special Agent in Charge (ASAC) asked her, "Where are your pictures?" and "So those are the only pictures you're going to put up?" to determine her "availability";

Affiant's Initials 

2) On January 10 and 14, 2020, the ASAC referred to her being "under [him] now" and said the statement in an inappropriate manner;

3) On January 21, 2020, the ASAC asked her if she ever heard the term, "ground balls," said they were "easy," and stated, "I am sure you know about the bases, but I am talking about ground balls";

4) On multiple occasions, in response to the complainant calling the ASAC "boss," he responded, "I'll show you, boss" in an inappropriate manner;

5) In February 2020, the ASAC repeatedly asked her if she was going to a presentation that was not mandatory;

6) In February 2020, the ASAC suggested on multiple occasions that they spend time together outside of the traditional work environment;

7) On February 25, 2020, she was advised that she is required to call into the Operations Center every morning, even though her male counterparts are not required to do so;

**Affiant's Initials** 

8) On March 4, 2020, the ASAC said to her, "I thought I would see you at the closing" in a creepy manner, and said he would cover for her as if he was doing a favor for her;

9) On March 16, 2020, the ASAC berated her for not being in the office and demanded to know where she had been;

10) On March 17, 2020, the ASAC excused a male counterpart for assuming a meeting was canceled, but did not excuse the complainant;

11) On March 17, 2020, the ASAC was furious at her for expressing her concerns and repeatedly told her they were "going to have a problem" if she did not comply;

12) On April 15, 2020, her quarterly performance check was posted, in which she believes included false statements and omissions; and

13) On April 22, 2020, an Acting ASAC denied her request to take part in the Omaha Division Inspection.

Affiant's Initials

<u>DECLARANT'S BACKGROUND INFORMATION</u>

Entry on Duty: May 23, 2010

Sex: Female

<u>DECLARANT'S STATEMENT</u>

My EOD with the FBI is May 23, 2010 as a Special Agent (SA). On the November 06, 2019 SAMMS board, I was promoted to a permanent Supervisory Special Agent (SSA) position in the Las Vegas Division (LVD). My first day working in the LVD was December 30, 2019 however, it was not official until January 5, 2020. Prior to being promoted to a permanent SSA position, I was on an 18-month temporary duty assignment (TDY) to the FBI's Headquarter Counterterrorism Division (CTD) where I served as an SSA in the International Terrorism Operations Section (ITOS). While on TDY, my permanent home office was the Newark Division. Throughout my career as a SA, my investigative efforts focused primarily on civil rights, public corruption, human trafficking, financial fraud, violent crime, narcotics, gangs, and bank

Affiant's Initials 

robberies.  As a SA, I did not investigate Counterterrorism (CT) violations.

In my current capacity as SSA of the JTTF in the LVD, I serve as a Program Coordinator (PCOR) for International Terrorism (IT) and am responsible for Squad 9, the LVD Joint Terrorism Taskforce (JTTF) for International and Domestic Terrorism.  I reported directly to former Assistant Special Agent in Charge (ASAC) Francis Cucinotta from December 30, 2019 until March 19, 2020, when he was abruptly transferred to the San Antonio Division.  My probationary period began January 5, 2020 and ends January 5, 2021.

Although my promotion to SSA of the JTTF in the LVD was not an accepted issue, I would like to note that in August 2019, former ASAC Cucinotta telephoned Assistant Section Chief (ASC) Edward Panetta at CTD to determine if I was interested in taking the JTTF SSA position (never posted or open for applicants) instead of the Human Trafficking/Violent Crimes Against Children (HT/VCAC) SSA position in which I had applied and interviewed via videoconference. When ASC Panetta asked, I replied in the negative and explained I was only applying to criminal violations. I also applied and interviewed for the Public Corruption (PC) SSA position in the LVD, which was also on Former ASAC Cucinotta's local career board.  Former ASAC Cucinotta was the chairperson for both the HT/VCAC and PC

Affiant's Initials_____

interviews. Despite the fact former ASAC Cucinotta knew I was not interested in the JTTF SSA position, he chose me specifically for the JTTF SSA position.

On the October 2, 2019 career board, SSA Duel Valentine, a male counterpart also from ITOS, was promoted to the Violent Crime (VC) SSA position (criminal violation) in the LVD. SSA Valentine worked the CT violation for his entire career (approximately 10 years) and never a criminal violation, whereas I only worked the CT violation for less than two (2) and criminal violations for approximately eight (8) years. Despite my minimal CT experience compared to SSA Valentine, former ASAC Cucinotta "fought", according to ASAC Ray Johnson (ASAC for the VCAC/HT SSA position), for me to be moved to his branch as the JTTF SSA.

On the November 6, 2019 SAMMS board, I was awarded the HT/VCAC SSA position in the LVD. On November 7, 2019, former ASAC Cucinotta called to tell me I would not be the HT/VCAC SSA and was reassigned as the JTTF SSA with no explanation or questions. Former ASAC Cucinotta then demanded I begin work in the LVD by New Year's Eve 2020, despite FBI Transfer Policy which allows for 90 days and despite the fact I would be permanently relocating to the opposite side of the U.S. SSA Valentine, selected on the October 2, 2019 SAMMS board for the

Affiant's Initials 

VC SSA Position in the LVD, was not required to report to the LVD by NYE 2020 or in less than 90 days and is the first example of gender discrimination.

It was at this point, former ASAC Cucinotta began his creation of a hostile work environment by telling SAs of the HT/VCAC squad I chose to be reassigned to the JTTF SSA position.

Beginning on January 10, 2020 and during multiple subsequent conversations in my office, former ASAC Cucinotta asked, "where are your pictures?" as he looked around my desk for photographs. These inquiries by my first-line supervisor began less than 2 weeks into my position in the LVD. Former ASAC Cucinotta was seeking to determine my marital status, sexual orientation and to determine if I had any ties to another adult (i.e. my "availability"). During one of the conversations, I asked former ASAC Cucinotta why he moved me to the IT/DT SSA position from the VCAC/HT SSA position and he replied, "It doesn't matter. You're under me now". Former ASAC Cucinotta said this as e made a motion with his hand, dismissing my question, and smiled in a creepy and completely inappropriate manner. It is very clear from the onset, former ASAC Cucinotta treated me in a demeaning and non-professional manner and became increasingly intrusive of my personal life by exhibiting excessive interest.

Affiant's Initials

On January 14, 2020 after a supervisors meeting in the SAC Conference Room, I was introduced to former ASAC Michael Hickok. Former ASAC Cucinotta swatted former ASAC Hickok on his arm as he walked by and smiled and said, "She's under me now." This situation was very uncomfortable because it was as if former ASAC Cucinotta was proudly showing me off, like a trophy in which he won.

Former ASAC Cucinotta was a micromanager but he became obsessed with my whereabouts, especially compared to my male counterparts. I have worked for micromanagers prior to former ASAC Cucinotta but it was clear he wanted to integrate himself into every aspect of my work life and attempted, on multiple occasions, to integrate himself into my personal life.

On January 21, 2020 during a conversation in former ASAC Cucinotta's office, he asked me if I had heard of the term "ground balls". He continued by saying ground balls were, "easy". Former ASAC Cucinotta followed by stating "I'm sure you know all about the bases, but I'm talking about ground balls", as he winked and smiled in an inappropriate and unprofessional manner. This dialogue by former ASAC Cucinotta became nothing less than sexually suggestive and was extremely disturbing. I informed former ASAC Cucinotta that I understood what ground balls were and understood he was referring to easy or basic tasks however the analogy is not the issue. The issue is his verbiage morphed

**Affiant's Initials**_____

into inappropriate and sexually suggestive language. I did not tell former ASAC Cucinotta I felt uncomfortable, but I was very uncomfortable. Due to my probationary status and recent arrival to the LVD, I was apprehensive about speaking out against his behavior.

On multiple occasions and in response to me calling former ASAC Cucinotta "boss," he responded, "I'll show you, boss" in an inappropriate manner. Former ASAC Cucinotta enjoyed being called boss and would smile and say, "I'll show you boss" then wink in a creepy and unbecoming fashion. I did not tell former ASAC Cucinotta I felt uncomfortable, but I was very uncomfortable. Due to my probationary status, I was apprehensive about speaking out against former ASAC Cucinotta's behavior.

Although not an accepted issue, it is important to note an instance of gender discrimination which occurred on February 5, 2020 by Former ASAC Cucinotta. Inspection credits are necessary to obtain promotional opportunities and more importantly, these inspections were a specific objective, approved only days prior by former ASAC Cucinotta, in my annual performance plan. Former ASAC Cucinotta denied my request to take part in the Phoenix Division's Inspection scheduled for May of 2020. This was clearly due to gender discrimination as none of my male counterparts or

Affiant's Initials 

predecessors in the JTTF SSA position were denied to take part in inspections.

In February 2020, former ASAC repeatedly asked me if I was going to a presentation that was not mandatory. I am unaware as to whether or not former ASAC Cucinotta asked others to attend the presentation at the Mob Museum. Sandra Breault, the LVD Media Representative, sent out the announcement about the presentation which occurred outside of normal business hours and was not mandatory. Approximately one week before the presentation, former ASAC Cucinotta continuously asked me about my attendance status. When at first I didn't provide an answer, he became agitated. At some point I told former ASAC Cucinotta I was not attending the presentation and he replied "is there someone better you are going to see?" Which was a completely inappropriate response and extremely intrusive question by my first-line supervisor. I am unsure if former ASAC Cucinotta ultimately attended the presentation.

In February 2020, former ASAC Cucinotta suggested, on multiple occasions, we spend time together outside of the traditional work environment. During this time, there was talk about combining the ASAC and PCOR conferences. After the conclusion of a branch meeting, former ASAC Cucinotta approached me and told me that he would only attend the conference if the

Affiant's Initials 

PCOR and ASAC conferences were combined and suggested we could "go together". Former ASAC Cucinotta followed up by stating, "I'm not going if it's only ASAC because I didn't get anything out of it last time". I found this to be very forward and suggestive of former ASAC Cucinotta's desire to spend time with me in a capacity beyond the traditional work environment. Former ASAC Cucinotta also asked about my flight and hotel arrangements and indicated we could travel together. I did not voice objection directly to former ASAC Cucinotta because I was serving my position under a probationary period and did not wish to create any additional tension with former ASAC Cucinotta.

On multiple occasions, former ASAC Cucinotta specifically told me his wife and children were no longer in the Las Vegas area and that they moved back to San Antonio. Former ASAC Cucinotta further explained he was staying in the LVD until he could retire at the end of 2021. Former ASAC Cucinotta mentioned, on numerous occasions that he "stays at work after everyone has left" and would often hint for me to stay late as well. These were very clear and repeated invitations for me to stay late.

During one specific conversation, former ASAC Cucinotta explained his wife and children had moved to San Antonio because ▓▓▓▓▓▓▓▓▓▓ (P-1) ▓▓▓▓▓▓▓▓▓▓. Former ASAC Cucinotta was very demeaning and uncompassionate towards his wife and kids

Affiant's Initials_____ 

wherein he said it was their fault they were sick and "my kids are teenagers and when they eat bad, they feel bad. That's their fault". These conversations were not typical small talk among employees, they were excessive and unnecessary details. In addition, these clear and continuous invitations to stay late were not work related as former ASAC Cucinotta was attempting to have a sexual relationship with me, although he never verbally stated he wanted to have sex.

Upon my arrival to the LVD, I was advised that I was required to call into the Operations Center every morning. I rarely forgot to call in, but on one particular occasion I did not because it was during the COVID-19 National Pandemic when I was working from home. I realized the double standard in February 2020 when former ASAC Cucinotta emailed me a reminder to call in daily. Attached to his email was a document with the names of all SSAs who were to call in that particular day and that is when I noticed SSA Valentine had not called in. More importantly, SSA Valentine has told me himself that he never calls in.

On March 4, 2020, former ASAC Cucinotta called me agitated because he was not aware of my whereabouts. After explaining I was en route to a physician's office to have my tuberculosis test read, former ASAC Cucinotta said, "I thought I would see you at the closing" in a creepy manner. After I explained that I

Affiant's Initials _____

informed Mrs. Del Toro where I was going and that the email did
not indicate the meeting was mandatory, former ASAC Cucinotta
said, "yes it was but I'll cover for you" as if he was doing me
a favor.  The inspection closing meeting was not mandatory so I
was unsure as to why former ASAC Cucinotta stated he would cover
for me.  I have an email that does not indicate the closing was
mandatory (Please see attachment A: email subject titled Las
Vegas Closing Inspection Conference).  I spoke to SSA Jeremy
Schwartz and SSA Brian Fagan, both who indicated the meeting was
not mandatory and that they did not plan on attending. I am
unaware if former ASAC Cucinotta reached out to them directly.

On March 13, 2020 during a branch meeting, former ASAC
Cucinotta sobbed as he announced that he was granted a hardship
transfer to the San Antonio Division.  After the meeting, former
ASAC Cucinotta received handshakes and hugs from multiple
meeting attendees. Former ASAC Cucinotta went out of his way
(instead of exiting the room) and walked directly in the
direction where I was located. Sensing that former ASAC
Cucinotta was going to place me in an awkward situation and
force me into physical contact with him, I remained seated and
kept my back to him and continued to converse with a coworker.
Former ASAC Cucinotta stood behind me for several minutes and I
could see by the disapproving look on his face, he had become
agitated that I was not providing him comfort and attention.

Affiant's Initials _____

Before walking off, former ASAC Cucinotta aggressively pushed the rolling chair next to me to ensure I knew he was not happy with my decision not to engage him or comfort him. Former ASAC Cucinotta was hostile with me because of my gender and the fact that I refused to take him up on any of his offers to stay late and engage in an inappropriate relationship, to include sex.

On the morning of March 16, 2020, I received an email from one of my SAs he was exhibiting COVID-19 symptoms. According to protocols set forth, I sent an email to former ASAC Cucinotta beginning at 6:23am (Please see attachment B: email chain subject Symptoms). Former ASAC Cucinotta replied and said to have him take sick leave. I replied to former ASAC Cucinotta and informed him that this SA had been in the workspace the previous Friday and if COVID-19 remains in the air and on surfaces, the workspace could potentially be contaminated. Former ASAC Cucinotta instructed me to contact the office's Administrative Officer (AO). After I left a message with the AO, exchanged multiple emails with former ASAC Cucinotta and others who worked in the potentially contaminated space, I made subsequent telephone calls to the Operations Center and at least 2 (two) to former ASAC Cucinotta that morning. Ultimately, the decision was made to close the workspace and to have personnel assigned to the space conjugate in the EOC (emergency operations center).

Affiant's Initials_____

At approximately 8:27am I received a telephone call from Mrs. DelToro (former ASAC Cucinotta's secretary) who told me former ASAC Cucinotta wanted to see me right away.  I explained to Mrs. DelToro I was on my way into the office. At approximately 8:50am, Mrs. DelToro called again and asked my location. I replied I was down the street from the office and that I would be there in just a few minutes.  Mrs. DelToro explained that upon my arrival I was to go straight to former ASAC Cucinotta's office.  At approximately 9:00am, I arrived in former ASAC Cucinotta's office and before I sat down or took off my jacket, he created an extremely hostile work environment by berating me for not being in the office when he called and demanded to know where I had been, despite our emails and telephone conversations earlier that morning.  Former ASAC Cucinotta continuously responded to me with aggression clearly because I am female and that I did not entertain any of his offers to have any personal relationship with him, to include sexual.

On March 17, 2020, former ASAC Cucinotta excused SSA Robert Bennett for assuming a meeting was canceled, but did not excuse me.  On multiple occasions that morning, former ASAC Cucinotta conversed with both SSA Bennett and myself.  Due to the fact SSA Bennett and I had spoken to former ASAC Cucinotta at great length that morning, neither one of us believed there would

Affiant's Initials_____

still be a meeting with former ASAC Cucinotta. Approximately 10 (ten) minutes after time the meeting would have begun, Mrs. DelToro called SSA Bennett and he and myself went straight to former ASAC Cucinotta's office. This is when former ASAC Cucinotta told SSA Bennett that he (SSA Bennett) would not know of former ASAC Cucinotta's expectations but that I should have known better and asked, "what's your excuse" in an aggressive and disturbing manner. Former ASAC Cucinotta created this hostile work environment and demanded I be held to a different standard due to my gender.

On March 17, 2020, former ASAC Cucinotta was furious at me for expressing my concerns and repeatedly threatened me that we were "going to have a problem". This exchange occurred during a private conversation that I initiated around 5:30 pm. The conversation focused on the fact that during the onset of the COVID-19 national pandemic, SAs in the National Security branch were required to work at 100% capacity and it was up to the individual divisions as to how they were to meet the 100%. For example, agents had the ability to complete work related tasks from home and policy did not dictate the specific tasks, such as surveillance, to meet the 100%. Former ASAC Cucinotta demanded 50% of my SAs conduct surveillance and 50% must remain in the office. This plan seemed plausible in theory and I immediately instructed my SAs via email to follow this directive made

Affiant's Initials_____

directly by former ASAC Cucinotta. I wanted it to be clear to former ASAC Cucinotta that if we put his suggestion into practice, we could potentially be violating the law and putting an unnecessary health risk on the SAs. Former ASAC Cucinotta became visibly and physically angry whereas he began to shake and his face turned bright red as he began to sweat profusely. I never observed him become that angry with any other employees and was extremely disturbing reaction from someone at an executive level. Throughout our discussion, former ASAC Cucinotta became increasingly angry and verbally combative. Former ASAC Cucinotta told me, the "decisions have already been made" despite my concerns and explanations. Former ASAC Cucinotta stated, "if you're going to be part of the leadership team in Las Vegas," you will adopt these decisions (his decisions) as your own and convey them as if they're your own (and not former ASAC Cucinotta's) and continued by threatening "if you can't do that, then we are going to have a problem."

Due to my gender and refusal to engage in any relationship with him, to include sexual, former ASAC Cucinotta was absolutely furious with me and clearly took it out on me in the workplace. This is a perfect textbook example of not only sexual harassment, gender discrimination but also emotional abuse.

As an SSA, it is my responsibility, especially during a national crisis and pandemic, to present to executive

Affiant's Initials_____

management, any questions or concerns of my own or my co-workers or SAs regarding safety and legality. I should be able to voice these concerns without fear of retaliation or emotional abuse. Out of sheer anger and revenge, former ASAC Cucinotta threatened that I would pay a price and as I will further explain, that is exactly what has happened and continues to happen. In addition, as a result of former ASAC Cucinotta's disturbing reaction, I refrained from any face to face contact with him for the remainder of his time in the LVD.

Although not an accepted issue, this incident is important to note as it was an act by former ASAC Cucinotta to disparage my reputation with the SAC, creating an ongoing hostile work environment. On March 18, 2020, Ms. Kern, the SAC's secretary, called me at approximately 1:00pm and stated the SAC and former ASAC Cucinotta wanted to see me right away in the SAC's conference room. I explained to Jean Kern I was on the phone with TSC (Terrorism Screening Center) and that I would be there as soon as the phone call ended. Approximately 8-10 minutes later I arrived in the executive suite. Ms. Kern informed me the SAC and ASAC received a telephone call and were in the SAC's office behind closed doors and that she would call me as soon as they were finished. Approximately four (4) hours passed and as a result of not hearing from Ms. Kern or former ASAC Cucinotta I utilized Lync to call former ASAC Cucinotta.

Affiant's Initials_____

When he did not answer despite his status showing available, I sent an IM (instant message) to former ASAC Cucinotta asking if he wanted to see me before I left for the day. Former ASAC Cucinotta replied in the negative and that he had received the answers he was seeking. Due to my gender and because I was not entertaining any relationship, to include sexual, former ASAC Cucinotta was going to have SAC Aaron Rouse berate me for voicing my concerns regarding the health and safety of my SAs.

On April 15, 2020, less than 30 days after former ASAC Cucinotta abruptly left the LVD and in the middle of a national pandemic (COVID-19), my quarterly performance check was posted by A/ASAC Santana. It was authored by former ASAC Cucinotta. During the performance review required discussion on April 14, 2020 with Acting ASAC Cynthia Santana, she informed me the check in was written by former ASAC Cucinotta and that the review was completely negative and that it did not include any positive feedback. This performance review includes lies, false accusations, omissions and inaccuracies and is a clear attempt to continue former ASAC Cucinotta's crusade to ruin my reputation as retaliation for not engaging with him in any relationship, to include sexual. (Please see attachment C: titled PERFORMANCE CHECK-IN).

Affiant's Initials_____

Note: During my ten (10) years of experience in the FBI, I have never received a negative performance review. During my previous position in ITOS, I received an exemplary annual review, passed the Leadership Skills Assessment (LSA) and Senior Leadership Interview and Presentation (SLIP). I also received an outstanding supervisor review written by my former Unit Chief, which is mandatory for all promotional GS-15 positions.

After former ASAC Cucinotta departed the LVD, A/ASAC Hector Sepulveda told me former ASAC Cucinotta was continuing to attempt to influence A/ASAC Santanas decisions and how she continued to rate my performance.

It should be noted former ASAC Cucinotta and I were in the LVD together for approximately 27 total business days. This negative performance review is clear retaliation and revenge for not entertaining with him any relationship, to include sexual, based on my gender and has created an extraordinary and ongoing hostile work environment.

On April 22, 2020, A/ASAC Santana denied my request to take part in the Omaha Division Inspection, the second inspection I requested permission to attend which was to take place a few months later. Again, attending inspections was an approved (by former ASAC Cucinotta in late January 2020) objective required in my performance plan. When A/ASAC Santana denied my

Affiant's Initials _____

participation request, she specifically stated it was due to my poorly rated check-in. It is important to note, there was no set time frame in place for new SSAs to be eligible to take part in inspections upon my arrival to the LVD and at the time of both my requests and is why it was specifically included in my performance plan. A/ASAC Santana continued by explaining SAC Rouse was no longer allowing new SSA's to take part in inspections during their first year.  This is a clear example of gender discrimination and indirect retaliation for not engaging in an inappropriate relationship with my former supervisor and created an ongoing hostile work environment.

Additionally, the first (and last) time I wore my hair down while former ASAC Cucinotta was in the LVD, he specifically commented on how "nice" it looked and that I should "wear it down more often" as he smiled and winked inappropriately. ASAC Cucinotta also allowed my male counterparts to wear jeans on Fridays but specifically told me I was not. Former ASAC Cucinotta allowed my male counterparts to engage in ancillary duties such as SWAT, ERT and as a Phase 2 Assessor, but denied my requests to administer or attend the Physical Fitness Test (PFT) or Agent Fitness Test (AFT) as a Physical Fitness Advisor (PFA). These are also clear examples of gender discrimination and retaliation for not engaging in an inappropriate relationship with former ASAC Cucinotta.

Affiant's Initials_____

An additional example of former ASAC Cucinotta's creation of a hostile work environment is when he required me to make decisions directly related to SSA Brian Fagan, the former SSA of Squad 10, the surveillance (SOG). Former ASAC Cucinotta demanded I make decisions pertaining to SSA Fagan's squad activities and responsibilities which forced SSA Fagan to report to me, a coworker and not his direct supervisor. Former ASAC Cucinotta would then dictate to me what was required of SSA Fagan and would direct me to reiterate the information and decisions back to SSA Fagan. As a new SSA in the LVD, this created an uncomfortable and unnecessary hostile work environment.

The environment former ASAC Cucinotta created has been ongoing and extremely hostile and I have had to work extra hard to show I perform my job well. Throughout the year, my team has had very successful cases and have proposed multiple new and innovate ideas to the LVD. ASAC Santana is often surprised at my leadership abilities due to the fact former ASAC Cucinotta clouded her judgement and painted negative perceptions pertaining to my work ethic and performance abilities.

My experience as an SSA in the LVD has been miserable because it has been unnerving and substantially more stressful due to former ASAC Cucinotta's sexual harassment, gender discrimination and creation of a hostile work environment. It was very disheartening to hear other SSAs, SAs and Task Force

**Affiant's Initials**

Officers (TFOs) telling me that management is planning to relocate me to SOG or simply take my promotion away as to demote me to a GS 13 because of former ASAC Cucinotta's abuse of power, gender discrimination, sexual harassment and creation of a hostile work environment. Although he abruptly departed the LVD months prior, former ASAC Cucinotta continues his campaign to destroy my reputation.

These are obvious and clear examples of gender discrimination, sexual harassment and hostile work environment. It is obvious former ASAC Cucinotta treated me unfavorably as a direct result of my gender and because I was not responsive to his clear and inappropriate invitations to share more information surrounding my personal life, to spend time with him outside of the traditional work environment or to engage in any sexual acts. Former ASAC Cucinotta took an additional step forward by taking an adverse personnel action against me (performance check-in review) as revenge and retaliation which in turn, created an ongoing, hostile work environment. These inappropriate, unwelcomed and unprofessional sexual advances, along with an adverse personnel action, are clearly verbal forms of sexual harassment and emotional abuse which have created ongoing and well-documented health complications. It is disgraceful and unbecoming of any employee at the FBI, but

Affiant's Initials_____

especially a "leader" at this (former) level of executive management, who could wreck such havoc on a new employee because they are a female who declined any invitation to engage in an inappropriate sexual relationship with their supervisor.


### Corrective Action Sought

1. Performance review removed and replaced with successful rating or above.
2. Former ASAC Cucinotta obtain three (3) separate, in person additional sexual harassment, gender discrimination and hostile work environment training.
3. Tier 1 status for 1 year.
4. Reimbursement for all court related expenses for my attorney and myself.
5. 98 hours leave that does not expire.
6. One-time transfer to field office of my choice (TBD based upon life circumstances when EEO is complete).
7. $300,000 in damages.


At this time, I do not have knowledge of additional information I believe is relevant to the scope of this inquiry, as SSA Nicole Sinegar described to me. I have read this

Affiant's Initials_____

statement, consisting of 25 pages.  The entire statement is true and complete to the best of my knowledge and belief.

SSA Nicole Sinegar, EEO Investigator, has instructed me not to discuss this interview or share the contents of this statement with anyone other than the person(s) conducting this interview, OEEOA representatives, the Office of the General Counsel or the declarant's designated representative, the Ombudsman's Office, and/or the Employee Assistance Program.

I have been admonished I must obtain authorization from the EEO Officer or her designee prior to discussing this matter with anyone outside the offices referenced above.  I also understand my failure to comply with this confidentiality provision may result in referral for disciplinary action.

I declare under penalty of perjury pursuant to 18 U.S.C. § 1621 the foregoing is true and correct.

Executed on: ___9/4/2020___

_____

Karen M. Veltri, SSA, Las Vegas Field Office

Affiant's Initials_____