# EXHIBIT B

**EEO Acceptance Letter – Plaintiff's First Complaint**

# EXHIBIT B



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535-0001

VIA EMAIL

Ms. Karen M. Veltri
10744 Skye Lily Avenue
Las Vegas, Nevada 89166

        RE:  KAREN M. VELTRI AND
             WILLIAM P. BARR, ATTORNEY GENERAL
             U.S. DEPARTMENT OF JUSTICE
             COMPLAINT OF DISCRIMINATION
             FILE NUMBER: FBI-2020-00140
             FILED: MAY 5, 2020 (RECEIVED IN EEO)

Dear Ms. Veltri:

    This letter acknowledges this office's receipt of your formal Equal Employment Opportunity (EEO) complaint of discrimination against the Federal Bureau of Investigation (FBI). It is among a number of other matters pending review in this office, but be assured it is being handled as expeditiously as possible. Pursuant to 29 C.F.R. Part 1614, you will be advised by separate letter as to basis(es) and allegation(s) of discrimination this office either accepts for investigation or dismisses.

    If your EEO complaint is accepted for investigation, the FBI is required to conduct an impartial and legally sufficient investigation of your complaint within 180 days of the filing of the complaint, or by November 2, 2020,[1] unless the parties agree in writing to extend the investigative time period. As set forth in 29 C.F.R. § 1614.108(e), the parties may extend the time period voluntarily for not more than an additional 90 days. The FBI may unilaterally extend the time period, or any period of extension, for not more than 30 days to sanitize a complaint file.

---

[1] Because the 180th day falls on November 1, 2020, which is a Sunday., the time to complete the investigation is extended to the next business day, i.e., November 2, 2020. See 29 C.F.R. § 1614.604 (d).

Ms. Karen M. Veltri

In addition, you have the right to appeal the final action or the dismissal of your EEO complaint. Unless the entire complaint has been dismissed, you have the right to request a hearing before an Equal Employment Opportunity Commission (EEOC) Administrative Judge (AJ) after November 2, 2020, or after completion of the investigation, whichever comes first. When a complaint is amended, the FBI must complete its investigation within the earlier of: (a) 180 days after the last amendment to the complaint or (b) 360 days after the filing of the original complaint. However, you may request a hearing from an EEOC AJ on consolidated complaints any time after 180 days from the date of the first filed complaint.

If you request a hearing, the request should be made in writing to:

>    District Director
>    Los Angeles District Office
>    U.S. Equal Employment Opportunity Commission
>    Roybal Federal Building
>    255 East Temple St., 4th Floor
>    Los Angeles, California 90012

A copy of the request should also be provided to:

>    Office of Equal Employment Opportunity Affairs
>    Federal Bureau of Investigation
>    935 Pennsylvania Avenue, N.W.
>    Room 9304
>    Washington, D.C. 20535-0001

Attached is a Complainant's Designation of Representative form. In the event you retain an attorney or other representative, you should execute this form immediately and return it to this office.

Also, attached for your review is a Notice of Rights and Responsibilities. Please review this form to better understand your rights and responsibilities during the EEO process.

Ms. Karen M. Veltri

    Finally, if you wish to pursue an informal resolution of your complaint, you may request mediation. Mediation involves a neutral third party, a mediator, who listens to both parties and attempts to facilitate their reaching a mutually satisfactory resolution to an existing dispute. Mediation is neither a forum which adjudicates the legal merits of your EEO complaint, nor does electing mediation preclude you from pursuing your formal complaint if you are unable to reach resolution. Although mediation is available in most instances, it is not available if: (1) your complaint involves application of an FBI policy, an allegation of criminal behavior, or an allegation pertaining to a class of employees; (2) if you are currently, or potentially, the subject of either an Inspection Division investigation or an Office of Professional Responsibility referral; or (3) if you are a former FBI employee or applicant. If you are interested in pursuing mediation, please contact Alternative Dispute Resolution (ADR) Program Manager at (202) 324-4128.

    Should you have any questions concerning this matter, please contact Equal Employment Specialist Angela M. Clarke at (202) 323-1362.

                  Sincerely yours,

                  Arlene A. Gaylord
                  Assistant Director-
                  Equal Employment Opportunity Officer

Crystal T. Marable
Digitally signed by Crystal T. Marable
Date: 2020.05.13 16:28:40 -04'00'

By: Crystal T. Marable
     Supervisory Equal Employment Specialist

Attachments (2)

3