# EXHIBIT D

**Chart**

# EXHIBIT D

| Paragraph | Allegation | Defendant's Argument | Answer | Related to the Original Complaint or Allegation based on Retaliation |
|---|---|---|---|---|
| ¶2 | Allegations pertaining to: an SSA/EAP Counselor; the Special Agent in Charge; and retaliation claims | Not raised in the First EEO Complaint | Defendant admits | Facts like and related to the EEO complaint filed; relating to HWE and retaliation originating from first EEO |
| ¶3 | Pattern and practice/ failure to investigate | Not Raised in Any EEO Complaint | Defendant Denies | Facts like and related to the EEO complaint filed because it relates to the named FBI EM who later retired with full benefits despite the allegations made in the First EEO |
| ¶4 | Allegations pertaining to: Bennet Rouse, Failure to investigation | As to Bennett and Rouse, not raised in the First EEO Complaint; as to remaining item, not raised in any EEO complaint | Defendant Denies | Facts like and related to the first EEO because all individuals are named in the first EEO; allegation of harassment, HWE and retaliation. |
| ¶8-9 | Second EEO complaint | Untimely- 180 days had not passed before filing suit | Defendant admits in part and denies in part | The Facts of Second EEO are like and related to the First EEO because they involve the same individuals, at the same location, during an ongoing time frame; judicial efficiency to have claims herein. |

| ¶ 17-19 | Interviewing for LVD position and inquiry re: JTTF | Not Raised in any EEO Complaint | Defendant admits all but the second sentence in paragraph 19 | Facts like and related to the EEO complaint filed; Information that grows out of First EEO allegations1, 2, and 3. |
|---|---|---|---|---|
| ¶20 | Interview for Salt Lake City Division | Not Raised in any EEO Complaint | Defendant neither admits nor denies | Facts like and related to the EEO complaint filed because it shows how Plaintiff ended up in the LVD (by not taking the Salt Lake City Division job). |
| ¶ 21-27 | Initial selection for Squad 11 position, reassignment to Squad 9 and timeline of relocation | Not Raised in any EEO Complaint | Defendant admits in part and denies in part | Facts like and related to the EEO complaint filed; Information that grows out of First EEO allegations1, 2, and 3. |
| ¶28 | SAC Rouse's reference to LVD as kingdom | Not Raised in any EEO Complaint | Defendant neither admits nor denies | Facts like and related to the Frist EEO Complaint; HWE |
| ¶39 | Denial of Request to participate in February 2020 Inspection | Time barred | Defendant admits in part and denies in part | Referenced in First EEO; Scope of EEO Charge for Retaliation |
| ¶45 | Request for Interview in Las Vegas FOI | Not Raised in any EEO Complaint | Defendant admits in part and denies in part | Facts like and related to the EEO complaint filed; occurred during the time period of the First EEO Complaint |
| ¶46-48 | Contacting EAP Counselor | Not Raised in any EEO Complaint | Defendant denies | Facts like and related to the EEO complaint filed; EAP was contacted for claim of sexual harassment and EEO Complaint was filed as a result of inaction of EAP. |

| ¶53 | Wearing hair down and jeans | Not Raised in any EEO Complaint | Defendant denies | Facts like and related to the First EEO complaint filed; FBI had duty to correct hostile work environment |
|---|---|---|---|---|
| ¶58 | OIG complaints | Not Raised in any EEO Complaint | Defendant admits in part and denies in part | Facts like and related to the First EEO complaint filed. Basis of OIG Complaint was sexual harassment, HWE and gender discrimination as described in First EEO |
| ¶59 | April 15, 2020 alleged failure to perform check ins | Not raised in First EEO Complaint | Defendant denies | Facts like and related to the First EEO complaint filed; Retaliation; Judicial Efficiency; Equitable Relief |
| ¶60 | Alleged failure of ASAC Santana to contact the USAO office | Not Raised in any EEO Complaint | Defendant denies | Facts like and related to the First EEO complaint filed; Retaliation |
| ¶62 | Failure to approve investigative technique | Not raised in First EEO Complaint | Defendant denies | Facts like and related to the First EEO complaint filed; Retaliation; Judicial Efficiency; Equitable Relief |
| ¶63 | Cucinotta's alleged influence on Plaintiff's performance | Not Raised in any EEO Complaint | Defendant denies | Facts like and related to the First EEO complaint filed; Retaliation |
| ¶64 | Allegations pertaining to Johnson | Not Raised in any EEO Complaint | Defendant denies | Facts like and related to the First EEO complaint filed |

| | | | | |
|---|---|---|---|---|
| ¶65, 67-72 | Allegations pertaining to Rouse and program recognition | Not raised in First EEO Complaint | Defendant admits in part and denies in part | Facts like and related to the EEO complaint filed; Retaliation |
| ¶73-77 | Events beginning Sept. 21, 2020 (JFTTF Board meeting) and extending through end of 2020 (acting ASAC assignment) | Not Raised in any EEO Complaint | Defendant admits in part and denies in part | Facts like and related to the EEO complaint filed |
| ¶78-83 | SAC lack of recognition, denial of opportunities for ancillary duties | Not raised in First EEO Complaint and, as to ancillary duties, time barred | Defendant admits in part and denies in part | Facts like and related to the EEO complaint filed; Retaliation; Judicial Efficiency; Equitable Relief |
| ¶84-87 | Communications with SSA Bennett | Not raised in First EEO Complaint | Defendant admits in part and denies in part | Facts like and related to the EEO complaint filed; HWE, Failure as EAP that was contacted before First EEO; Judicial Efficiency; Equitable Relief |
| ¶88, 104-105, 106, 109-111, 120, 124-125 | Allegations pertaining to investigations of complaints | Not Raised in any EEO Complaint | Defendant admits in part and denies in part | Facts like and related to the EEO complaint filed; HWE, Retaliation, Failure to cure acts of sexual harassment |
| ¶89 | Plaintiff's applications to other positions | Not raised in First EEO Complaint and time barred | Defendant admits in part and denies in part | Facts like and related to the EEO complaint filed; HWE; Judicial Effeciancy; Equitable Relief |
| ¶90 | Retaliation | Not raised in First EEO Complaint | Defendant denies | Facts like and related to the EEO complaint filed; Retaliation; Judicial Efficiency; Equitable Relief |

| ¶91-102, 108, 115, 119 | Communications/Interactions with SSA Bennett | Not raised in First EEO Complaint | Defendant admits in part and denies in part | Facts like and related to the EEO complaint filed; HWE; FBI Failure to Correct the Sexual Harassment; Judicial Efficiency; Equitable Relief |
|---|---|---|---|---|
| ¶103 | Applications for jobs in Feb/March 2021 | Not Raised in any EEO Complaint | Defendant denies | Facts like and related to the EEO complaint filed; HWE |
| ¶107 | March 31, 2021 email from Plaintiff re requests for assistance | Not Raised in any EEO Complaint | Defendant admits in part and denies in part | Facts like and related to the EEO complaint filed; HWE; Retaliation |
| ¶112-113 | Allegations pertaining to compensatory leave request in May 2021 | Not Raised in any EEO Complaint | Defendant admits in part and denies in part | Facts like and related to the EEO complaint filed; Retaliation |
| ¶114 | Rouse questioning Plaintiff about her absence from meeting | Not raised in First EEO Complaint | Defendant admits in part and denies in part | Facts like and related to the EEO complaint filed; HWE |
| ¶116-117 | Allegations pertaining to Rouse and unnamed Executive Management members beginning July 7, 2021 | Not raised in First EEO Complaint | Defendant denies | Facts like and related to the EEO complaint filed; Retaliation; Judicial Efficiency; Equitable Relief |
| ¶120-123 | Claims pertaining to retaliation, and claims pertaining to Rouse | Not raised in First EEO Complaint | Defendant denies | Facts like and related to the EEO complaint filed; Retaliation; Judicial Efficiency; Equitable Relief |