Howard J. Russell, Esq.
Nevada Bar No. 8879
*hrussell@wwhgd.com*
Stephanie J. Glantz, Esq.
Nevada Bar No. 14878
*sglantz@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:  (702) 938-3838
Facsimile:   (702) 938-3864

David J. Shaffer, Esq.
*Admitted Pro Hac Vice*
Kelley Brooks Simoneaux, Esq.
*Admitted Pro Hac Vice*
DAVID SHAFFER LAW, PLLC
1629 K Street NW, Suite #300
Washington, DC 20006
Telephone: 202.508.1490
David.Shaffer@davidshafferlaw.com
Kelley.Simoneaux@davidshafferlaw.com

*Attorneys for Plaintiff*
*Karen Veltri*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Karen Veltri,<br><br>              Plaintiff,<br><br>     vs.<br><br>Merrick B. Garland,<br><br>              Defendant. | Case No.:  2:21-cv-01252-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO SUBMIT STIPULATED DISCOVERY PLAN**<br><br>**(FIRST REQUEST)** |

Plaintiff **KAREN VELTRI**, by and through her attorneys of record, the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and Defendant **MERRICK B. GARLAND**, by and through his attorneys of record, the United States Attorney General, with good cause shown, hereby respectfully submit this Stipulation and Order for Extension of Time to submit the stipulated discovery plan and scheduling order, with reference to the following:

1. The parties held the Fed. R. Civ. P. 26(f) conference on October 1, 2021, in advance of the 30-day deadline set by Local Rule 26-1.

2. Local Rule 26-1 provides that the parties must submit a stipulated discovery plan and scheduling order fourteen days after the mandatory Fed. R. Civ. P. 26(f) conference, which in this instance makes the stipulated discovery plan and scheduling order due October 15, 2021.

3. Due to the schedules of counsel, the parties are still in the process of drafting the stipulated discovery plan and scheduling order.

4. The parties agree that a two-week extension, to October 29, 2021, would be conducive to finalizing the stipulated discovery plan and scheduling order.

Accordingly, the parties hereby stipulate and agree as follows:

1. The deadline to submit a stipulated discovery plan and scheduling order shall be **October 29, 2021**.

2. The extension of time is needed to accommodate the schedules of counsel and is not for purposes of delay.

3. The parties hereto waive no rights, claims, or defenses by this Stipulation.

**IT IS SO STIPULATED**.

Dated this 13th day of October, 2021.

*/s/ Stephanie J. Glantz*
Howard J. Russell, Esq.
Stephanie J. Glantz, Esq.
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC.
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV  89118
*Attorneys for Plaintiff
Karen Veltri*

Dated this 13th day of October, 2021.

*/s/ Kristina L. Morrison*
Merrick B. Garland, Esq.
Glenn B. McCormick, Esq.
Kristina L. Morrison, Esq.
United States Attorney General,
District of Arizona
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
*Attorneys for Defendant*

### Order

**IT IS SO ORDERED**

**DATED:** 4:34 pm, October 14, 2021

**BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE**