MERRICK B. GARLAND
Attorney General
GARY M. RESTAINO
United States Attorney
District of Arizona
KRISTINA L. MORRISON
Special Assistant U.S. Attorney
Acting Under Authority Conferred by
28 U.S.C. § 515
Arizona State Bar No. 029646
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4449
Telephone: (602) 514-7500
Email: Kristina.Morrison@usdoj.gov

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Karen Veltri,<br><br>                Plaintiff,<br><br>        v.<br><br>Merrick B. Garland,<br><br>                Defendant. | No. 2:21-cv-01252-JAD-BNW<br><br>**STIPULATION AND PROPOSED ORDER FOR DISMISSAL OF CASE**<br><br>ECF Nos. 19, 50 |

      The parties, through counsel, having reached a settlement of all claims in this matter, the settlement agreement having been finalized and the settlement proceeds having been distributed to Plaintiff, hereby stipulate that this case be dismissed with prejudice, each party to bear its own attorneys' fees and costs. The parties having filed for dismissal, the Telephonic Status Conference set for Thursday, March 31, 2022, at

10 a.m. will be automatically vacated, pursuant to the Court's Minute Entry (Doc. 49).

RESPECTFULLY SUBMITTED this 14th day of February, 2022.

| | |
|---|---|
| s/*Stephanie J. Glantz (w/permission)*<br>Howard J. Russell, Esq.<br>Stephanie J. Glantz, Esq.<br>WEINBERG, WHEELER, HUDGINS,<br>GUNN & DIAL, LLC.<br>6385 S. Rainbow Blvd., Suite 400<br>Las Vegas, NV  89118<br>*Attorneys for Plaintiff*<br>*Karen Veltri* | MERRICK B. GARLAND<br>Attorney General<br>GARY M. RESTAINO<br>United States Attorney<br>District of Arizona<br><br>s/*Kristina L. Morrison*<br>KRISTINA L. MORRISON<br>Special Assistant United States Attorney<br>Acting Under Authority Conferred by<br>28 U.S.C. § 515<br>*Attorneys for Defendant* |

## ORDER

Based on the parties' stipulation **[ECF No. 50]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  All pending motions **[ECF No. 19]** are DENIED as moot, and all hearings are VACATED.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
Jennifer A. Dorsey
United States District Judge
March 14, 2022